**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

**UNITED STATES OF AMERICA**

v.                                    **No. 06cr00235**

**LATERRICA WOODS**

---

**ORDER GRANTING RECONSIDERATION OF SETTING BOND**

---

      THIS CAUSE came on to be heard upon the Motion to Reconsider Setting Bond filed on behalf of the Defendant, Laterrica Woods.   It appearing to the Court that the Motion is well taken and should be granted.

      IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, by this Court that bond was reconsidered and set in the amount of $30,000.00 Secured with 10 % Cash paid to the Clerk of the Court..


     __s/ James H. Allen_____
     UNITED STATES MAGISTRATEJUDGE

     May 17, 2006_
     DATE